IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ALEJANDRA RODRIGUEZ<br>*Plaintiff*<br><br>vs.<br><br>WALMART, INC.<br>*Defendants* | §<br>§<br>§<br>§  CIVIL ACTION NO. 5:23-cv-118<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Walmart Inc. sued herein as Walmart, Inc. ("Walmart") the defendant herein, and files this, its Notice of Removal pursuant to 28 U.S.C. § 1332, 1441 and 1446, and state in support thereof:

### Removed Action and Parties.

1. This is a personal injury lawsuit. The removed action is Cause No. 2023CVF001567D2, In the 111th District Court, Webb County, Texas, and being styled.

### Diversity Jurisdiction.

2. This court has diversity jurisdiction over this action. 28 U.S.C. § 1332. This action therefore is removable on that ground. 28 U.S.C. § 1441(a).

### Citizenship of Parties

3. Plaintiff is an individual residing in Texas.

4. Defendant Walmart was at the time of the filing of Plaintiff's Original Petition and is at the time of the filing of this Notice of Removal a corporation incorporated under the laws of the State of Delaware with its principal place of business in Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap*

*Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019)(quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is therefore a citizen of both Delaware and Arkansas and is not a citizen of Texas.

### *Other Matters*

5. While the plaintiff does not set forth a specific amount of damages sought, Plaintiff's Original Petition states in paragraph III that she "seeks to recover monetary relief of over $250,000…." Based on the damages requested, the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Timeliness of Removal*

6. Walmart was served with Plaintiff's Original Petition on October 2, 2023. Therefore, this action is removed within thirty days of receipt by Walmart of Plaintiff's Original Petition in this action and is timely filed under 28 U.S.C. § 1446(b).

### *Notice.*

7. Written notice of the filing of this notice of removal will be filed with the state court and provided to other parties as required by law.

### *Attachments pursuant to local rules*

8. In accordance with federal statute and local rules, attached as appendices hereto are:

    A. Index of matters being filed.

    B. List of all counsel of record, including their addresses, telephone numbers and parties represented.

    C. A true and correct copy of the docket sheet of the state court action.

D. A true and correct copy of all executed process, pleadings asserting causes of action, and orders signed by the state judge filed in the court from which removal is sought.

WHEREFORE, PREMISES CONSIDERED, Walmart hereby gives notice of removal of this action to this Honorable Court.

Respectfully submitted,

  /s/ Rick A. Zuniga
Rick A. Zuniga
Attorney in charge for Defendant
Federal ID No. 1682846
State Bar No. 24084148
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Susan Sullivan
State Bar No. 1546700
Federal ID No. 13144
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on November 1, 2023 to opposing counsel as follows:

Ms. Lucia M. Ceaser
Mr. Joseph Monahan
Law Offices of Joseph Monahan
2344 Laguna del Mar Court, Ste 205
Laredo, Texas 78045
lucia@monahanlaw.org
joseph@monahanlaw.org

                                                    */s/ Rick A. Zuniga*
                                                    Rick A. Zuniga